January 15, 2010

Ms. Kathleen Marie Kennedy
Mehaffy Weber PC
PO Box 16
Beaumont, TX 77704

Mr. Timothy W. Ferguson
Ferguson Firm
1122 Orleans Avenue
Beaumont, TX 77701
Honorable Donald J. Floyd
172nd District Court
1001 Pearl Street
Beaumont, TX 77701-3707

RE: Case Number: 09-0403
 Court of Appeals Number: 09-09-00098-CV
 Trial Court Number: E-177,607

Style: IN RE UNITED SCAFFOLDING, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued a per curiam opinion in the
above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lolita Ramos |
| |Ms. Carol Anne |
| |Flores |